

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00202-CV

———————————————

IN THE INTEREST OF J.G., A CHILD

---

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-736907-23

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant challenged the trial court's judgment by filing both a motion for new trial and a notice of appeal. While the trial court still had plenary jurisdiction, it granted Appellant's motion for new trial. *See* Tex. R. Civ. P. 329b(e). The granting of a new trial rendered this appeal moot, depriving us of jurisdiction. *See In re B.G.*, No. 02-24-00477-CV, 2024 WL 5083191, at *1 (Tex. App.—Fort Worth Dec. 12, 2024, no pet.) (mem. op.).

On June 18, 2025, we notified the parties that the appeal had been mooted, and we warned that we would dismiss it unless, within ten days, any party desiring to continue the appeal showed grounds for doing so. *See* Tex. R. App. P. 42.3(a). More than ten days have passed, and we have not received a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: July 17, 2025